**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 01CR81015

v.                                       Hon. George Caram Steeh
                                       Magistrate Judge R. Steven Whalen

RANID S. GAMMO,

        Defendant.

_____

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:  Attorney Admission Clerk and All Other Parties**

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

    x    *Add the following AUSA(s):*

        Name:   Jacqueline M. Hotz
        Telephone:   313-226-9108
        Fax:      313-226-2040
        Email address:   Jackie.Hotz@usdoj.gov

    ☐    *Delete the following AUSA(s):*

        Name:
        Telephone:
        Fax:
        Email address:

                                        By:    s/JACQUELINE M. HOTZ
                                                    Assistant U.S. Attorney
                                                    211 W. Fort St., Ste. 2001
                                                    Detroit, Michigan 48226
                                                    Phone: (313) 226-9108
                                                    E-mail: Jackie.Hotz@usdoj.gov

Dated: March 3, 2006                        Bar Number: P35219