

```
                    UNITED STATES DISTRICT COURT          F I L E D
                    EASTERN DISTRICT OF MICHIGAN         MAR 23 2006
                         SOUTHERN DIVISION            CLERK'S OFFICE
                                                          DETROIT
UNITED STATES OF AMERICA,         .   Case No. 01-81015
                                  .
         Plaintiff,               .
                                  .
              v.                  .   Detroit, Michigan
                                  .   March 14, 2006
RANID S. GAMMO,                   .
                                  .
         Defendant.               .   (Hon. George Caram Steeh)
                                  .
 . . . . . . . . . . . . . . . . .

                           MOTION HEARING
             BEFORE THE HONORABLE R. STEVEN WHALEN
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:         JACQUELINE M. HOTZ
                            ASSISTANT U.S. ATTORNEY
                            211 West Fort Street, Suite 2001
                            Detroit, MI  48226-3211
                            (313) 226-9108

For the Defendant:          DAVID E. PLUNKETT
                            WILLIAMS WILLIAMS RUBY
                            & PLUNKETT
                            380 North Old Woodward Avenue
                            Suite 300
                            Birmingham, MI  48009
                            (248) 642-0333

NOT PRESENT:

Court Transcriber:          Karin Dains, CSMR/CER 4656
                            28741 Santa Barbara Drive
                            Lathrup Village, MI  48076
                            (248) 569-9703


Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```